Okay, we'll call the case again, Bino versus Liberty Life Assurance Company of Boston.